UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT YARBROUGH,

                    Plaintiff,

\- against -

FEDEX FREIGHT, INC.,

                    Defendant.
---------------------------------------------------------------X

Docket No.: 22-CIV-7776 (VLB)(AEK)

**CONFIDENTIALITY ORDER**

2/7/23

        The parties in the above-captioned matter, by their respective counsel, hereby stipulate and agree as follows:

        1.    Plaintiff has requested certain documents, reports, records, statements and other company information from FedEx Freight, Inc.

        2.    Defendant considers the requested documents, reports, records, statements and other company information to be proprietary information, and confidential.

        3.    The documents, reports, records, statements, and other company information requested shall not be used or disclosed by Plaintiff to anyone for business or competitive purposes.

        4.    Plaintiff's counsel shall not use any of the foregoing information for any purpose unrelated to the pursuit of this litigation and shall not disclose it to any persons or entities outside of this litigation. If such information is filed or submitted to the Court prior to trial, it should be filed under seal.

        5.    This stipulation and order shall continue to be binding throughout and after the conclusion of this action including any appeal thereof.

        6.    All confidential information shall be returned to FedEx Freight, Inc. or destroyed at the conclusion of the litigation.

        7.    This stipulation and order shall apply to any further discovery requests which relate to any other documents from FedEx Freight, Inc.

1

Dated: February 6, 2023

| | |
|---|---|
| ANTIN, EHRLICH & EPSTEIN, LLP | KMA ZUCKERT LLC |
| By: *[signature]* | By: *[signature]* |
| Jeffrey S. Antin, Esq.<br>Attorneys for Plaintiff<br>ROBERT YARBROUGH<br>49 West 37th Street, 7th Floor<br>New York, New York 10018<br>(212) 221-5999 | Anthony W. Eckert III<br>Attorneys for Defendant<br>FEDEX FREIGHT, INC.<br>1350 Broadway, Suite 2410<br>New York, New York 10018<br>(212) 922-0450 |

SO ORDERED:

*[signature]*

Hon. Vincent L. Briccetti
United States District Judge
February 7, 2023